1 THOMAS P. O'BRIEN
   United States Attorney
2 CHRISTINE C. EWELL
   Assistant United States Attorney
3 Chief, Criminal Division
   ELIZABETH R. YANG (Cal. Bar No. 196461)
4 Assistant United States Attorney
   Violent & Organized Crime Section
5      1500 United States Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone: (213) 894-1785
7      Facsimile: (213) 894-3713
       E-mail: Elizabeth.Yang@usdoj.gov
8
   Attorneys for Plaintiff
9 UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13 UNITED STATES OF AMERICA,  ) No. CR 04-1298-R
                              )
14           Plaintiff,       ) [~~PROPOSED~~] ORDER DENYING
                              ) DEFENDANT'S MOTION TO TERMINATE
15      v.                    ) PROBATION, OR IN THE ALTERNATIVE,
                              ) MODIFY THE TERMS OF PROBATION
16 FRANK HUANG,               )
                              )
17                            )
             Defendant.       )
18                            )

19      On December 15, 2008, defendant Frank Huang's Motion to

20 Terminate Probation or, in the alternative, Modify the Terms of

21 Probation came on for hearing.  Having considered the pleadings

22 filed by the parties and the Supervision Report provided by the

23 United States Probation Office, it is hereby ORDERED that

24 defendant's motion is DENIED in its entirety.

25 ///

26 ///

27 ///

28 ///

1    Defendant is not entitled to early termination of his five-
2 year term of probation or to the alternative relief he seeks.
3    IT IS SO ORDERED.

5 DATED: December 16, 2008    _____
                              THE HONORABLE MANUEL L. REAL
6                             UNITED STATES DISTRICT JUDGE

8 Respectfully submitted,

9 _____/s/_____
  ELIZABETH R. YANG
10 Assistant United States Attorney

2